# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2019

Bridget M. McCormack,
Chief Justice

160253

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DANA MARIE BAUER,
        Plaintiff-Appellee,

v

                                        SC: 160253
                                        COA: 345756

TIMOTHY JOHN WAIDELICH,
        Defendant-Appellant.
                                        St. Clair CC: 14-000583-DM

_____/

On order of the Court, the application for leave to appeal the August 6, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2019



Clerk

p1029